# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-5114**                                       **September Term, 2022**

**1:22-cv-00688-CKK**
**1:22-cv-00981-CKK**

**Filed On:** March 2, 2023

Navy Seal 1, et al.,

      Appellees

Navy Seal 4,

      Appellant

    v.

Lloyd J. Austin, III, in his official capacity as
Secretary of the United States Department of
Defense, et al.,

      Appellees

**No. 22-5135**

**1:22-cv-00981-CKK**

Mariella Creaghan, Captain,

      Appellant

    v.

Lloyd J. Austin, III, in his official capacity as
the Secretary of the United States
Department of Defense, et al.,

      Appellees

      **BEFORE:**    Henderson, Wilkins, and Katsas, Circuit Judges

## O R D E R

Upon consideration of appellees' Fed. R. App. P. 28(j) letter filed on February 28, 2023, it is

**ORDERED**, on the court's own motion, that appellants file responses to the letter that explain why their appeals are not moot by Tuesday, March 7, 2023.

### Per Curiam

      **FOR THE COURT:**
      Mark J. Langer, Clerk

BY:    /s/
      Michael C. McGrail
      Deputy Clerk